1  **MICHAEL J. HADDAD (SBN 189114)**
   **JULIA SHERWIN (SBN 189268)**
   **T. KENNEDY HELM (SBN 282319)**
2  **HADDAD & SHERWIN LLP**
   505 Seventeenth Street
3  Oakland, CA 94612
   Telephone:   (510) 452-5500
4  Facsimile:    (510) 452-5510

5  **SANJAY S. SCHMIDT (SBN 247475)**
   **LAW OFFICE OF SANJAY S.**
6  **SCHMIDT**
   1388 Sutter Street, Suite 810
7  San Francisco, CA 94109
   Telephone:   (415) 563-8583
8  Facsimile:    (415) 223-9717

9  *Attorneys for Plaintiff*

10
                    **UNITED STATES DISTRICT COURT**
11                  **NORTHERN DISTRICT OF CALIFORNIA**

12 | **LUCY ATAYDE**, Individually and as       )  Case No. 3:16-cv-00038-TEH
   | Successor in Interest of Decedent **RICHARD** )
13 | **MICHAEL RAMIREZ**,                       )  Hon. Thelton E. Henderson
   |                                            )
14 |           Plaintiff,                       )  **STIPULATION AND (PROPOSED)**
   | vs.                                        )  **ORDER TO CONTINUE HEARING**
15 |                                            )  **DATE FOR DEFENDANTS' MOTION**
   | **NAPA STATE HOSPITAL**, **STATE OF**      )  **TO DISMISS OR TRANSFER VENUE**
16 | **CALIFORNIA DEPARTMENT OF**               )  **(DOCKET 12) AND MOTION TO**
   | **STATE HOSPITALS**, a public entity,      )  **TRANSFER VENUE (DOCKET 25)**
17 | **DOLLY MATTEUCCI**, Individually, **DANA**)
   | **WHITE, R.N.**, Individually, **CALIFORNIA**)
18 | **FORENSIC MEDICAL GROUP, INC.**,          )
   | **TAYLOR FITHIAN, M.D.**, **HEATHER**      )
19 | **GOODE, M.D.**, **SEAN RYAN, R.N.**,      )
   | **DEBORAH MANDUJANO, R.N.**, **CORINA**    )
20 | **DENNING, R.N.**, **COUNTY OF MERCED**,   )
   | a municipal corporation, former Sheriff **TOM**)
21 | **CAVALLERO**, in his Individual and Official )
   | Capacities, Undersheriff **JASON GOINS**, and )
22 | **DOES 1 THROUGH 10**, Jointly and         )
   | Severally,                                 )
23 |                                            )
24 |           Defendants.                      )
                                                )
25

No. 3:16-cv-00038-TEH: STIP. & (PROPOSED) ORD. TO CONT. HRNG. DATE

PLAINTIFF, AND DEFENDANTS, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, that the hearing date regarding the State Defendants' Motion to Dismiss or Transfer Venue (Doc. 12) and the Merced County and CFMG Defendants' Motion to Transfer Venue (Doc. 25) be amended as follows:

1. The hearing date on Defendants' Motions (Docs. 12 and 25) will be continued from 10:00 a.m. on March 14, 2016 to 10:00 a.m. on March 21, 2016.

Good cause exists for continuing the hearing on Defendants' motions.  Plaintiff's lead trial counsel, Michael J. Haddad and Julia Sherwin, will both be out of state on March 14, 2016.  The briefing schedule on both motions will remain unchanged.

SO STIPULATED.

Dated:  February 9, 2016

HADDAD & SHERWIN LLP

By: */s/ T. Kennedy Helm*

T. KENNEDY HELM
Attorneys for Plaintiff

Dated:  February 9, 2016

LAW OFFICE OF
SANJAY S. SCHMIDT

By: */s/ Sanjay S. Schmidt\**

SANJAY S. SCHMIDT
Attorneys for Plaintiff

Dated:  February 9, 2016

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General

By: */s/ Paul T. Hammerness\**

|   |   |
|---|---|
|   | PAUL T. HAMERNESS<br>Attorney for Defendants<br>Napa State Hospital (NSH), California Department of State Hospitals, Dolly Matteucci, and Dana White |
| Dated: February 9, 2016 | THE LAW OFFICES OF<br>JEROME M. VARANINI<br><br>By: /s/ Jerome M. Varanini*<br><br>JEROME M. VARANINI<br>Attorney for Defendants Merced County; CFMG, Inc.; Taylor Fithian, M.D.; Tom Cavallero; Corina Denning; Jason Goins; Heather Goode; Deborah Mandjuano; and Sean Ryan |

*Mr. Hammerness, Mr. Varanini, and Mr. Schmidt provided their consent that this document be ECF filed with their electronic signatures.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on Defendants' Motion to Dismiss or Transfer Venue (Doc. 12) and Motion to Transfer Venue (Doc. 25) shall be continued from Monday, March 14, 2016 at 10:00 a.m. to Monday, March 21, 2016 at 10:00 a.m.

Date: 02/10/2016

HONORABLE THELTON E. HENDERSON
United States District Judge