
KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
KRISTA DUNZWEILER, State Bar No. 227384
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4785
 Fax: (916) 322-8288
 E-mail: Krista.Dunzweiler@doj.ca.gov
*Attorneys for Defendants Napa State Hospital,
California Department of State Hospitals, CDSH
Napa Executive Director Dolly Matteucci and Dana
White, R.N.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LUCY ATAYDE, Individually and as Successor in Interest of Decedent RICHARD MICHAEL RAMIREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**NAPA STATE HOSPITAL, STATE OF CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity, et al,**<br><br>Defendants. | 1:16-CV-00398-DAD-SAB<br><br>**STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Lucy Atayde, through her attorneys of record, Defendants California Forensic Medical Group, Inc., Taylor Fithian, M.D., Heather Goode, M.D., Sean Ryan, R.N., Deborah Mandujano, R.N., Corina Denning, R.N., County of Merced, Tom Cavallero and Jason Goins (the "County Defendants"), through their attorneys of record, and Defendants California Department of State Hospitals, CDSH Napa Executive Director Dolly Matteucci and Dana White, R.N. (the "State Defendants"), through their

1

attorneys of record, that the Scheduling Conference scheduled for October 4, 2016, be continued by approximately sixty (60) days for the foregoing reasons:

1. This case was transferred from the Northern District to the Eastern District on or about March 21, 2016.

2. Following the transfer, this case was set forth for a Scheduling Conference on June 7, 2016, which was later continued on the Court's own motion to August 1, 2016.

3. On or about April 6, 2016, the County Defendants filed a Motion to Dismiss, and on or about April 12, 2016, the State Defendants filed a Motion to Dismiss. Those motions came on for hearing on or about May 17, 2016. The Court took the motions under submission.

4. While the Motions to Dismiss were pending, the Scheduling Conference was continued on the Court's own motion to October 4, 2016.

5. The Court issued its ruling on the Motions to Dismiss on September 16, 2016, and granted the State Defendants' Motion to Dismiss in full and the County Defendants' Motion to Dismiss in part. However, the Court granted leave to amend. Plaintiff's amended pleading is not due until October 7, 2016.

6. At this time, it is unknown the extent to which Plaintiff will amend her Complaint, and how the State Defendants and County Defendants will respond to that amended pleading.

For the foregoing reasons, the parties stipulate to continue the Scheduling Conference by approximately sixty (60) days to permit Plaintiff the opportunity to amend her pleading, and permit the defendants with an opportunity to evaluate any amended pleadings. The parties are available on the following days for a Scheduling Conference: December 6, 13, and 20.

Dated: September 26, 2016                                          HADDAD & SHERWIN LLP


                                                 /s/ T. Kennedy Helm
JULIA SHERWIN
MICHAEL HADDAD
T. KENNEDY HELM
*Attorneys for Plaintiff Lucy Atayde*

| | | |
|---|---|---|
| 1 | Dated:  September 26, 2016 | LAW OFFICE OF SANJAY S. SCHMIDT |
| 2 | | |
| 3 | | */s/ Sanjay S. Schmidt*  |
| 4 | | SANJAY S. SCHMIDT  *Attorneys for Plaintiff Lucy Atayde* |

Dated:  September 26, 2016                    JEROME M. VARANINI

                                                  */s/ Jerome M. Varanini*
JEROME M. VARANINI
*Attorneys for Defendants California Forensic Medical Group, Inc., Taylor Fithian, M.D., Heather Goode, M.D., Sean Ryan, R.N., Deborah Mandujano, R.N., Corina Denning, R.N., County of Merced, Tom Cavallero and Jason Goins*

Dated:  September 26, 2016                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER A. MESHOT
Supervising Deputy Attorney General


     */s/ Krista J. Dunzweiler*
KRISTA DUNZWEILER
Deputy Attorney General
*Attorneys for Defendants Napa State Hospital, California Department of State Hospitals, CDSH Napa Executive Director Dolly Matteucci and Dana White, R.N.*

3

**ORDER**

**IT IS HEREBY ORDERED** that the Scheduling Conference scheduled for October 4, 2016 is continued to December 20, 2016, at 3:30 p.m., in Courtroom 9 of the United States District Court, Eastern District, Fresno Division. The parties are to submit their joint statement one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:     **September 27, 2016**

UNITED STATES MAGISTRATE JUDGE