# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE, <br><br> Plaintiff, <br><br> v. <br><br> NAPA STATE HOSPITAL, et al, <br><br> Defendants. | Case No. 1:16-cv-00398-DAD-SAB <br><br> ORDER CONTINUING SCHEDULING CONFERENCE TO JANUARY 23, 2017 AT 9:30 A.M. |

On September 27, 2016, a mandatory scheduling conference was set in this action for December 20, 2016. (ECF No. 65.) On December 6, 2016, Defendants' Tom Cavallero, Jason Goins, Merced County, Dolly Matteucci, Napa State Hospital, and Dana White's motions to dismiss were argued and submitted. (ECF No. 88.) Due to the pending motions to dismiss, the scheduling conference is continued from December 20, 2016, to January 23, 2017, at 9:30 a.m. in Courtroom 9.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 20, 2016, is CONTINUED to January 23, 2017, at 9:30 a.m. in Courtroom 9; and

2. The parties shall file a new joint scheduling report one week prior to the scheduling conference as to proposed dates only. The new joint scheduling report shall only

contain proposed dates for the discovery plan, filing of non-dispositive and dispositive pre-trial motions, pre-trial conference, and trial.

IT IS SO ORDERED.

Dated: **December 19, 2016**

UNITED STATES MAGISTRATE JUDGE