1  MICHAEL J. HADDAD (State Bar No. 189114)
   JULIA SHERWIN (State Bar No. 189268)
2  T. KENNEDY HELM (State Bar No. 282319)
   MAYA SORENSEN (State Bar No. 250722)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, California  94612
   Telephone: (510) 452-5500
5  Facsimile:  (510) 452-5510
6
   SANJAY S. SCHMIDT (SBN 247475)
7  LAW OFFICE OF SANJAY S. SCHMIDT
   1388 Sutter Street, Suite 810
8  San Francisco, CA 94109
   Telephone:     (415) 563-8583
9  Facsimile:      (415) 223-9717
10
11 Attorney for Plaintiff Lucy Atayde

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15 LUCY ATAYDE, Individually and as Successor in      )
   Interest of Decedent RICHARD MICHAEL RAMIREZ,      )   No: 1:16-cv-00398-DAD-SAB
16                                                     )
               Plaintiff,                             )
17                                                     )   ORDER RE: STIPULATED
         vs.                                          )   "FIRST LOOK" AGREEMENT
18                                                     )   RE: DEFENDANTS' FEDERAL
   NAPA STATE HOSPITAL, STATE OF CALIFORNIA           )   RULE OF CIVIL PROCEDURE
19 DEPARTMENT OF STATE HOSPITALS, a public            )   45 SUBPOENAS SEEKING
   entity, DOLLY MATTEUCCI, Individually, DANA        )   PLAINTIFF'S DECEDENT'S
20 WHITE, R.N., Individually, CALIFORNIA FORENSIC     )   MEDICAL, AND MEDICAL
   MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D.,         )   BILLING RECORDS
21 HEATHER GOODE, M.D., SEAN RYAN, R.N.,              )
   DEBORAH MANDUJANO, R.N.,CORINA DENNING,            )   (ECF No. 104)
22 R.N., COUNTY OF MERCED, a municipal corporation,   )
   former Sheriff TOM CAVALLERO, in his Individual    )
23 and Official Capacities, Undersheriff JASON GOINS, )
   and DOES 1 THROUGH 10, Jointly and Severally,      )
24                                                     )
                                                       )
25             Defendants.                            )

26

27

28

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On July 20, 2017, Plaintiff's counsel Haddad & Sherwin LLP received copies of seven Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents which Defendants' counsel served on July 18–19, 2017 on the following entities, seeking the following documents pertaining to Plaintiff's deceased son, Richard Michael Ramirez:

    a. Harper Medical Group, Inc., 9300 Tech Center Drive, Suite 210, Sacramento, CA 95826 (Work Order No. 464279-01) seeking:

    THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS, INCLUDING DOCTORS' ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL THERAPY RECORDS, PATHOLOGY REPORTS, X-RAY REPORTS, LAB REPORTS, CASE HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION, DISCHARGE, INSURANCE RECORDS, ALL BILLINGS, STATEMENT OF CHARGES, STATEMENTS OF ACCOUNTS, WRITINGS, AND DOCUMENTS REFLECTING THE FOLLOWING: ANY AND ALL PAYMENTS MADE OR RECEIVED IN REFERENCE TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: , ANY AND ALL CREDITS, ADJUSTMENTS, WRITE-OFFS, RECONCILIATIONS, CONTRACT PRICE PAYMENTS OR REDUCTION, PAYMENTS BY ANY HEALTH INSURANCE ENTITY, PERSONAL PAYMENTS BY OR TO SAID PATIENT FROM ANY SOURCE, HMO, PPO, MEDI-CAL, MEDICARE OR CONTRACT PAYMENTS BY ANY ENTITY CONCERNING SAID PATIENT, BILLING LEDGERS, REPORTS AND/OR STATEMENTS OF CHARGES RENDERED AND ANY INSURANCE RECORDS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY THIS REQUEST FOR RECORDS INCLUDES ANY AND ALL EVIDENCE OF ANY PAYMENTS FROM ANY SOURCE REGARDING THE ACCOUNT OF THIS PATIENT TO OR FROM ANY PERSON AND/OR ENTITY, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY INCLUDING ALL PATIENT ORDERS AND PATIENT RESULTS AND SPECIFICALLY FOR ANY DISCHARGE ORDERS, ALL DETAILED SCREEN SHOTS WITHIN ANY COMPUTER SYSTEM AFFECTING OR RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: . TO INCLUDE RECORDS FROM RHONDA LOVE, LCSW, FSICPP.

2

b.  Riggs Ambulance Service, 1743 Ashby Road, Merced, CA 95341 (Work Order No. 464279-02), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ALL DISPATCH AND RESPONSE LOGS, TREATMENT, MEDICAL AND BILLING RECORDS, AND ANY OTHER RECORDS OR LOGS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: .

c.  Mercy Medical Center Merced, 2740 M Street, 1st Floor, Merced, CA 95340 (Work Order No. 464279-03), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS, INCLUDING DOCTORS' ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL THERAPY RECORDS, PATHOLOGY REPORTS, X-RAY REPORTS, LAB REPORTS, CASE HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION, DISCHARGE, AFFECTING OR RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: .

d.  Mercy Medical Center Merced-Billing, 2740 M. Street, 2nd Floor, Merced, CA 95340 (Work Order No. 464279-04), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL BILLINGS, STATEMENT OF CHARGES, STATEMENTS OF ACCOUNTS, WRITINGS, AND DOCUMENTS REFLECTING THE FOLLOWING: ANY AND ALL PAYMENTS MADE OR RECEIVED IN REFERENCE TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: , ANY AND ALL CREDITS, ADJUSTMENTS, WRITE-OFFS, RECONCILIATIONS, CONTRACT PRICE PAYMENTS OR REDUCTION, PAYMENTS BY ANY HEALTH INSURANCE ENTITY, PERSONAL PAYMENTS BY OR TO SAID PATIENT FROM ANY SOURCE, HMO, PPO, MEDI-CAL, MEDICARE OR CONTRACT PAYMENTS BY ANY ENTITY CONCERNING SAID PATIENT, BILLING LEDGERS, REPORTS AND/OR STATEMENTS OF CHARGES RENDERED AND ANY INSURANCE RECORDS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY THIS REQUEST FOR RECORDS INCLUDES ANY AND ALL EVIDENCE OF ANY PAYMENTS FROM ANY SOURCE REGARDING

THE ACCOUNT OF THIS PATIENT TO OR FROM ANY PERSON AND/OR ENTITY.

e.  Mercy Medical Center Merced-X Rays, 333 Mercy Avenue, Merced, CA 95340 (Work Order No. 464279-05), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL FILMS, ORIGINAL X-RAY FILMS, CT SCANS AND MRI FILMS, INCLUDING ANY FILMS/IMAGES THAT MAY BE STORED DIGITALLY/ELECTRONICALLY, RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#:

f.  Central Valley Toxicology, Inc., 1580 Tollhouse Road, Clovis, CA 93611 (Work Order No. 464279-06), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS, INCLUDING DOCTOR'S ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL THERAPY RECORDS, PATHOLOGY REPORTS, PATHOLOGY SLIDES, (RE-CUTS), WET TISSUE SAMPLES, AND TISSUE BLOCKS, ALL FILMS, ORIGINAL X-RAY FILMS, MRI'S, CT SCANS, INCLUDING ANY FILMS/IMAGES THAT MAY BE STORED DIGITALLY/ELECTRONICALLY, X-RAY REPORTS, LAB REPORTS, CASE HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION, DISCHARGE, INSURANCE RECORDS, ALL BILLINGS, STATEMENT OF CHARGES, STATEMENTS OF ACCOUNTS, WRITINGS, AND DOCUMENTS REFLECTING THE FOLLOWING: ANY AND ALL PAYMENTS MADE OR RECEIVED IN REFERENCE TO SAID PATIENT, ANY AND ALL CREDITS, ADJUSTMENTS, WRITE-OFFS, RECONCILIATIONS, CONTRACT PRICE PAYMENTS OR REDUCTION, PAYMENTS BY ANY HEALTH INSURANCE ENTITY, PERSONAL PAYMENTS BY OR TO SAID PATIENT FROM ANY SOURCE, HMO, PPO, MEDI-CAL, MEDICARE OR CONTRACT PAYMENTS BY ANY ENTITY CONCERNING SAID PATIENT, BILLING LEDGERS, REPORTS AND/OR STATEMENTS OF CHARGES RENDERED AND ANY INSURANCE RECORDS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY THIS REQUEST FOR RECORDS INCLUDES ANY AND ALL EVIDENCE OF ANY PAYMENTS FROM ANY SOURCE REGARDING THE ACCOUNT OF THIS PATIENT TO OR FROM ANY PERSON AND/OR ENTITY, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY INCLUDING ALL PATIENT ORDERS AND PATIENT RESULTS AND SPECIFICALLY FOR ANY DISCHARGE ORDERS, ALL DETAILED SCREEN

SHOTS WITHIN ANY COMPUTER SYSTEM AFFECTING OR RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: . TO INCLUDE RECORDS FROM BILL POSEY.

  g. Forensic Medical Group, Inc., 1261 Travis Blvd., #120, Fairfield, CA 94533 (Work Order No. 464279-07), seeking:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF RECORDS: ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS, INCLUDING DOCTOR'S ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL THERAPY RECORDS, PATHOLOGY REPORTS, PATHOLOGY SLIDES, (RE-CUTS), WET TISSUE SAMPLES, AND TISSUE BLOCKS, ALL FILMS, ORIGINAL X-RAY FILMS, MR.I'S, CT SCANS, INCLUDING ANY FILMS/IMAGES THAT MAY BE STORED DIGITALLY/ELECTRONICALLY, X-RAY REPORTS, LAB REPORTS, CASE HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION, DISCHARGE, INSURANCE RECORDS, ALL BILLINGS, STATEMENT OF CHARGES, STATEMENTS OF ACCOUNTS, WRITINGS, AND DOCUMENTS REFLECTING THE FOLLOWING: ANY AND ALL PAYMENTS MADE OR RECEIVED IN REFERENCE TO SAID PATIENT, ANY AND ALL CREDITS, ADJUSTMENTS, WRITE-OFFS, RECONCILIATIONS, CONTRACT PRICE PAYMENTS OR REDUCTION, PAYMENTS BY ANY HEALTH INSURANCE ENTITY, PERSONAL PAYMENTS BY OR TO SAID PATIENT FROM ANY SOURCE, HMO, PPO, MEDI-CAL, MEDICARE OR CONTRACT PAYMENTS BY ANY ENTITY CONCERNING SAID PATIENT, BILLING LEDGERS, REPORTS AND/OR STATEMENTS OF CHARGES RENDERED AND ANY INSURANCE RECORDS, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY THIS REQUEST FOR RECORDS INCLUDES ANY AND ALL EVIDENCE OF ANY PAYMENTS FROM ANY SOURCE REGARDING THE ACCOUNT OF THIS PATIENT TO OR FROM ANY PERSON AND/OR ENTITY, INCLUDING BUT NOT LIMITED TO ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY INCLUDING ALL PATIENT ORDERS AND PATIENT RESULTS AND SPECIFICALLY FOR ANY DISCHARGE ORDERS, ALL DETAILED SCREEN SHOTS WITHIN ANY COMPUTER SYSTEM AFFECTING OR RELATING TO RICHARD MICHAEL RAMIREZ, DOB: 10/27/1987/POSSIBLE DOB: 10/24/1987, SS#: . TO INCLUDE RECORDS OF MARK SUPER, M.D.

2. All seven subpoenas have a production date and time of August 14, 2017 at 9:00 a.m.

3. Plaintiff's counsel contend that the subpoenaed documents may contain privileged information, and that the subpoenas as drafted are overbroad insofar as most of them seek

discovery of Mr. Ramirez's entire medical history at any time, and so seek information protected by his privacy rights, by his physician-patient privilege, and also seek information which is neither proportional to the needs of this case nor relevant to the claims and defenses in this matter. Defendants dispute plaintiff's contentions but nevertheless seek to resolve the discovery of the subpoenaed information as discussed below.

4. Plaintiff's counsel and CFMG Defendants' counsel met and conferred by phone on July 21, 2017. The parties agree to the following "First-Look" Procedure:

   a. Defendants' counsel shall instruct Ronsin Litigation Support Services ("Ronsin") to obtain the subpoenaed documents on the production date of August 14, 2017 at 9:00 a.m.; however, instead of producing the documents to Defendants' counsel, Defendants' counsels shall instruct Ronsin to produce the documents in electronic form (as .pdf files where possible) directly to Plaintiff's counsel.

   b. Upon receipt of the subpoenaed documents from Ronsin, Plaintiff's counsel will then have seven (7) business days to review the documents to see if they contain any privileged information, or information otherwise outside the scope of discovery. If the documents do contain such privileged information, or information otherwise outside the scope of discovery, Plaintiff's counsel shall redact, using Adobe Acrobat, such information and/or withhold the pages containing that information. Plaintiff's counsel shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

   c. On or before the seventh (7th) business day after receiving the records from Ronsin, Plaintiff's counsel shall serve the subpoenaed documents, as .pdf files, either by electronic means (by email or dropbox) or by Federal Express Priority Overnight, on Defendants' counsel. If Plaintiff's counsel has redacted and/or withheld any information, Plaintiff's counsel shall also concurrently serve the privilege log described in ¶ 4(b), above.

5. Defendants' counsel shall pay for Ronsin's services in obtaining the documents and producing them to Plaintiff's counsel, and, in the case that voluminous records are not able to be served electronically (via email, dropbox or other means) Plaintiff's counsel shall pay to serve them by Federal Express Priority Overnight to Defendants' counsel.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


Dated: July 21, 2017                      HADDAD & SHERWIN LLP
                                          LAW OFFICE OF SANJAY S. SCHMIDT

                                          */s/ T. Kennedy Helm*
                                          _____
                                          T. KENNEDY HELM
                                          Attorneys for Plaintiff
                                          LUCY ATAYDE

Dated: July 21, 2017                      BERTLING & CLAUSEN LLC

                                          */s/ Jemma Parker Saunders*
                                          _____
                                          JEMMA PARKER SAUNDERS
                                          Attorney for Defendants
                                          CALIFORNIA FORENSIC MEDICAL GROUP, INC.;
                                          TAYLOR FITHIAN, M.D.; HEATHER GOODE, M.D.;
                                          SEAN RYAN, R.N.; DEBORAH MANDUJANO, R.N., and
                                          CORINA DENNING, R.N.


                                        **ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **July 21, 2017**           _____
                                     UNITED STATES MAGISTRATE JUDGE