# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER DENYING STIPULATION FOR ORDER SHORTENING TIME<br><br>(ECF No. 130) |

On May 14, 2019, Intervenors Ai Qiong Zhong, W.L., and Mai Chau ("Intervenors"), who are plaintiffs in a related matter, filed a motion to intervene for the purpose of modifying the protective order entered in this matter in order to obtain certain discovery. (ECF No. 128.) On May 14, 2019, the Intervenors also filed a stipulation for an order shortening the time to hear the motion to intervene. (ECF No. 130.) The Court notes that the stipulation appears to only be signed on behalf of the Intervenors, and some, but not all, of the Defendants in this matter. (ECF No. 130.) Additionally, the filing does not comply with the Local Rules pertaining to applications to shorten time, which requires such applications to "set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time." L.R. 144(e). Further, "[e]x parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel

or parties in the action." Id.

Accordingly, IT IS HEREBY ORDERED that the stipulation requesting an order shortening time (ECF No. 130) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: __**May 21, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE