# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER DIRECTING DEFENDANTS TO FILE A STATEMENT SIGNIFYING OPPOSITION OR NON-OPPOSITION TO STIPULATION RE CONFIDENTIAL DOCUMENT PRODUCTION<br><br>(ECF No. 136) |

On May 14, 2019, Intervenors Ai Qiong Zhong, W.L., and Mai Chau ("Intervenors"), who are plaintiffs in a related matter, filed a motion to intervene for the purpose of modifying the protective order entered in this matter in order to obtain certain discovery. (ECF No. 128.) On May 21, 2019, Plaintiff filed a stipulation that will remove the confidential designation over these discovery materials and allow production of such materials to the intervenors. (ECF No. 136.) The stipulation was signed on behalf of Plaintiff Lucy Atayde, and Defendants Napa State Hospital, California Department of State Hospitals, Dolly Matteucci, and Dana White. The stipulation was not signed by Defendants California Forensic Medical Group, Inc., Taylor Fithian, Heather Goode, Sean Ryan, Deborah Mandujano, Corina Denning, Merced County, Tom Cavallero, and Jason Goins. Because the stipulation may render the motion to intervene unnecessary, the Court shall require these Defendants who are not parties to the stipulation to file a statement signifying whether they oppose the entry of the stipulation (ECF No. 136).

Accordingly, IT IS HEREBY ORDERED that Defendants California Forensic Medical Group, Inc., Taylor Fithian, Heather Goode, Sean Ryan, Deborah Mandujano, Corina Denning, Merced County, Tom Cavallero, and Jason Goins, shall file, on or before May 27, 2019, a statement signifying whether they oppose the entry of the stipulation filed on May 21, 2019 (ECF No. 136).

IT IS SO ORDERED.

Dated:  **May 22, 2019**

UNITED STATES MAGISTRATE JUDGE