# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER RE STIPULATION RE CONFIDENTIAL DOCUMENT PRODUCTION<br><br>(ECF Nos. 136, 138, 139, 140) |

On May 14, 2019, Intervenors Ai Qiong Zhong, W.L., and Mai Chau ("Intervenors"), who are plaintiffs in a related matter, filed a motion to intervene for the purpose of modifying the protective order entered in this matter in order to obtain certain discovery. (ECF No. 128.) On May 21, 2019, Plaintiff filed a stipulation that will remove the confidential designation over these discovery materials and allow production of such materials to the intervenors. Because the stipulation was not signed by all parties in the action, the Court ordered the Defendants that were not signatories to the stipulation to file a statement signifying whether they oppose the entry of the stipulation (ECF No. 138). On May 22, 2019, Defendants California Forensic Medical Group, Inc., Taylor Fithian, Heather Goode, Sean Ryan, Deborah Mandujano, Corina Denning, Merced County, Tom Cavallero, and Jason Goins, filed statements signifying they do not oppose entry of the stipulation. (ECF Nos. 139, 140.) Accordingly, as all parties agree to entry of the stipulation, the Court enters the below stipulation.

1

**STIPULATION**

Plaintiff and Defendants California Department of State Hospitals, Napa State Hospital, and the individual State of California Defendants (collectively the "State Defendants"), hereby stipulate to the following:

1. This case involves the suicide of Richard Ramirez in Merced County jail, while he waited to be transferred to Napa State Hospital ("NSH") after he was found incompetent to stand trial ("IST") pursuant to California Penal Code § 1370. Plaintiff alleges that the State Defendants are deliberately indifferent to the rights and safety of IST inmates by failing or refusing to admit them when they are ordered committed to a State Hospital; requiring inmates to wait on waiting lists for weeks and months after courts order them to be committed to the State Hospital; refusing to triage the IST inmates or review their psychiatric acuity before placing them on the waiting list; and refusing to inform Courts, District Attorneys, Defense counsel, and the inmates' next of kin of the delay in admitting the inmates. The State Defendants deny all of Plaintiff's allegations.

2. The State Defendants have produced voluminous relevant waiting lists in which they have kept track of IST inmates and their waits for admission to a State Hospital.

3. **Exhibit A** attached hereto is a sample page from the Direct Admission Waiting List produced by Defendant Dana White, RN, at her deposition. The list is 638 pages long and bears the names of IST inmates other than Richard Ramirez, which Plaintiff's counsel has redacted for purposes of this stipulation. The parties initially designated the list confidential during the deposition of Ms. White, to preserve the confidentiality of the IST Defendants awaiting transfer to NSH.

4. Pursuant to California Welfare and Institutions Code § 5328, subdivision (a)(6), the parties hereby agree that the Direct Admission Waiting List that was produced by Ms. White

2

at her deposition, and any subsequently produced versions of the same list, shall be produced in this matter in the administration of justice, and the confidentiality designation over this document is removed.

5. **Exhibit B** contains examples of other waiting lists or analyses of waiting lists produced by the State Defendants and designated as confidential in this matter. The parties agree to remove the confidentiality designations from the documents that do not mention any individual patients by name, including the IST Pending Admission Analyses (**Exhibit B,** p. 1) and the Weekly Pending Placement Reports (**Exhibit B,** p. 7). The remaining waiting lists shall be produced in the administration of justice pursuant to California Welfare and Institutions Code § 5328, subdivision (a)(6), and the confidentiality designations are removed from them. Plaintiff's counsel has redacted the names of the IST inmates from the waiting lists in **Exhibit B** that contain names of individuals.

IT IS SO STIPULATED

Dated: May 14, 2019         HADDAD & SHERWIN LLP
                            LAW OFFICE OF SANJAY S. SCHMIDT

                            */s/ Julia Sherwin*
                            ─────────────────────────

                            JULIA SHERWIN
                            Attorneys for Plaintiff
                            LUCY ATAYDE


Dated: May 21, 2019         XAVIER BECERRA
                            Attorney General of California
                            PETER A. MESHOT
                            Supervising Deputy Attorney General
                            AMIE MCTAVISH
                            Deputy Attorney General

                            */s/ Amie McTavish\**
                            ─────────────────────────

                            AMIE MCTAVISH

Attorneys for Defendants
NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, CDSH DIRECTOR DOLLY MATTEUCCI, AND DANA WHITE, R.N.

*Ms. McTavish gives permission to file this document with her electronic signature.

## **ORDER**

Pursuant to the agreement of all the parties in this action, IT IS HEREBY ORDERED that the above stipulation is entered.

IT IS SO ORDERED.

Dated: __**May 23, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE