# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>    Plaintiff,<br><br>  v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER DISREGARDING MOTION TO INTERVENE AND VACATING JUNE 26, 2019 HEARING<br><br>(ECF Nos. 128, 145) |

On May 14, 2019, Ai Qiong Zhong, W.L., and Mai Chaua filed a motion to intervene in this matter for the purpose of obtaining discovery produced in this matter. (ECF No. 128.) On May 21, 2019, the parties filed a stipulation regarding the production of documents which was granted. (ECF No. 136, 141.) On June 5, 2019, Ai Qiong Zhong, W.L., and Mai Chaua filed a notice of withdrawal of the motion to intervene.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to intervene, filed May 14, 2019, is DISREGARDED; and
2. The hearing set for June 26, 2019, in Courtroom 9, is VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated: **June 6, 2019**

UNITED STATES MAGISTRATE JUDGE

1