# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER RE THIRD STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 149) |

On June 18, 2019, the parties filed a third stipulation to amend the scheduling order in this action. The Court finds that good cause exists to grant the stipulation.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the scheduling order is amended as follows:

1. Status Conference re settlement: Remain as scheduled for June 27, 2019, at 11:00 a.m. in Courtroom 9, with the parties filing a joint status report concerning settlement by June 21, 2019;

2. Non-Expert Discovery Deadline: October 18, 2019;

3. Non-Dispositive Motion Filing Deadline: November 1, 2019;

4. Expert Disclosure Deadline: November, 1, 2019;

5. Supplemental Expert Disclosure Deadline: November 15, 2019;

6. Expert Discovery Deadline: December 20, 2019;

1

7. Dispositive Motion Filing Deadline: January 10, 2019;

8. Pre-trial Conference: April 27, 2020, at 1:30 p.m. in Courtroom 5 before United States District Judge Dale A. Drozd;

9. Trial: June 23, 2020, at 8:30 a.m. in Courtroom 5 before United States District Judge Dale A. Drozd.

10. All aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **June 18, 2019**

UNITED STATES MAGISTRATE JUDGE