# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER CONTINUING STATUS CONFERENCE RE SETTLEMENT<br><br>(ECF No. 153) |

On June 21, 2019, the parties filed a joint status report. (ECF No. 153.) In the status report the parties indicated that the County Defendants have agreed to a second mediation with the private mediator and the State Defendants are considering whether to engage in a separate mediation. Accordingly, the status conference set for June 27, 2019, is HEREBY CONTINUED to **October 8, 2019, at 10:00 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall submit a joint status report on the status of the settlement negotiations **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated: __**June 24, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1