# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER RE STIPULATION TO CORRECT AMENDED SCHEDULING ORDER<br><br>(ECF Nos. 149, 150, 160) |

On June 18, 2019, the Court modified the scheduling order in this action pursuant to the parties' stipulation. (ECF Nos. 149, 150.) On August 7, 2019, the parties filed a stipulation notifying the Court that the previously submitted stipulation incorrectly proposed January 10, 2019, rather than January 10, 2020, as the date for the dispositive motion filing deadline. (ECF No. 160.) The Court finds good cause to correct the amended scheduling order.

Accordingly, it is HEREBY ORDERED that the scheduling order, as amended on June 18, 2019, is further amended to change the dispositive motion filing deadline to January 10, 2020. All other aspects of the scheduling order remain in effect.

IT IS SO ORDERED.

Dated: **August 7, 2019**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1