# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>    Plaintiff,<br><br>    v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER GRANTING JOINT *EX PARTE* APPLICATION TO SHORTEN TIME TO HEAR MOTION FOR AMENDMENT OF THE SCHEDULING ORDER<br><br>(ECF No. 164) |

On September 20, 2019, Plaintiffs and certain defendants filed a joint motion to amend the discovery deadlines in this action along with an *ex parte* application for an order shortening time to hear the motion. The *ex parte* application states that an expedited hearing is required in order to have this motion heard prior to the expiration of the discovery deadlines. The deadline by which all non-expert discovery is to be completed in this action in October 18, 2019. (ECF No. 150.) The Court finds good cause exists to grant the application to hear the motion on shortened time.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint *ex parte* application to shorten time is GRANTED;
2. The joint motion to amend the discovery deadlines in this action shall be heard on **October 9, 2019, at 10:00 a.m.** in Courtroom 9;
3. Any opposition to the motion to amend the discovery deadlines shall be filed on

1

or before **September 27, 2019**; and

4. Any reply shall be filed on or before **October 3, 2019**.

IT IS SO ORDERED.

Dated: **September 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE