# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00398-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE MAYA SORENSON AS ATTORNEY FOR PLAINTIFF<br><br>(ECF No. 172) |

On December 12, 2019, Plaintiff Lucy Atayde filed a notice that Maya Sorensen is no longer attorney of record in this matter and she will continue to be represented by Michael J. Haddad, Julia Sherwin, and Teresa Allen. Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Maya Sorenson as counsel for Plaintiff in this action.

IT IS SO ORDERED.

Dated: __**December 12, 2019**__　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1