# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NAPA STATE HOSPITAL, et al.,<br><br>　　　　　Defendants. | Case No.  1:16-cv-00398-ADA-SAB<br><br>ORDER RE STIPULATION TO CONTINUE PRETRIAL CONFERENCE<br><br>(ECF No. 246) |

On November 17, 2022, the parties filed a stipulation to continue the pretrial conference. (ECF No. 246.)

Accordingly, IT IS HEREBY ORDERED that:

1. The pretrial conference currently set for January 27, 2023 at 1:30 p.m., is CONTINUED to March 6, 2023 at 1:30 p.m., in Courtroom 1; and

2. The parties shall file the joint pretrial statement on or before February 27, 2023.

IT IS SO ORDERED.

Dated:   **November 18, 2022**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1