MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Facsimile:  (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:     (415) 563-8583
Facsimile:     (415) 223-9717

Attorneys for Plaintiff Lucy Atayde

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCY ATAYDE, Individually and as Successor in Interest of Decedent RICHARD MICHAEL RAMIREZ,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NAPA STATE HOSPITAL, STATE OF CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity, Jointly and Severally,<br><br>　　　　　Defendants. | No: 1:16-cv-00398-NODJ-SAB<br><br>**STIPULATION AND (PROPOSED) ORDER TRANSFERING INTRA-DISTRICT ASSIGNMENT TO THE SACRAMENTO DIVISION** |

In light of the recent order reassigning this case to "NODJ" and for other reasons addressed below, all parties, by and through their counsel of record, stipulate and hereby move this Court to reassign this case from the Fresno Division to the Sacramento Division of the Eastern District of California.  Good cause exists to grant the requested relief:

1. The sole remaining issue in this case is a claim brought under the Americans with Disabilities Act/ Rehabilitation Act brought against the Department of State Hospitals. The case arises from the suicide of a pretrial detainee, Richard Ramirez, on December 15, 2014, at the Merced County jail while awaiting admission to Napa State Hospital per commitment order of the Merced County Superior Court.  Plaintiff Lucy Atayde, mother of the decedent, originally filed this case on January 5, 2016, in the Northern District of California against Defendants Napa State Hospital and California Department of State Hospitals and certain state employees, as well as against Defendants Merced County, California Forensic Medical Group (CFMG), and their county and corporate employees.  This case was transferred to the Eastern District of California, Fresno Division, for the convenience of the parties and witnesses pursuant to 28 U.S.C. § 1404(a), on March 21, 2016. (Doc. 40).  In granting the Defendants' motion to change venue, the Northern District court gave substantial weight to the number of witnesses who resided in the Eastern District related to the claims at that time against Merced County and CFMG.  *Id*.

2. Following the transfer of venue on March 21, 2016, this case was assigned to District Judge Dale A. Drozd, who presided over the case until August 24, 2022 when it was reassigned to District Judge Ana de Alba.  (Doc. 245).

3. Plaintiff settled all claims against Merced County and CFMG Defendants on October 29, 2021.  (Doc. 234).  The Court partially granted and partially denied NSH/DSH Defendants' motion for summary judgment on April 25, 2022.  (Doc. 237).  Summary judgment was granted on

No: 1:16-cv-00398-NODJ-SAB: STIPULATION AND (PROPOSED) ORDER TRANSFERRING INTRA-DISTRICT ASSIGNMENT TO THE SACRAMENTO DIVISION

2

all claims against individual NSH/DSH employees and denied on the ADA/RA claims against NSH/DSH.  *Id.*  Thus, presently, all claims against Merced County and CFMG Defendants are out of the case; the only claims remaining are against the State of California, through Napa State Hospital and California Department of State Hospitals.

4. The Department of State Hospitals in based in Sacramento, California.  Napa State Hospital is, or course, based in Napa, California.  Witnesses representing the Defendants, including former NSH/DSH Defendants and the State's Rule (30)(b)(6) designees, are largely located either in Sacramento, Napa, or out of state.  Plaintiff Lucy Atayde resides in Merced County but is willing to travel to Sacramento for trial.  The parties have listed only a few Merced County employees in their trial witness lists.  Counsel for the State of California, through the Office of the Attorney General, are located in Sacramento.  Plaintiff's counsel are located in Oakland, California – much closer to Sacramento than to Fresno.  At this stage, Sacramento is a much more convenient forum than Fresno to try this case.

5. Presently, the parties have filed all pretrial documents up to the pretrial conference, which was scheduled for December 11, 2023.  Trial was scheduled for February 6, 2024.

6. This is an old case, involving civil rights claims arising from a death.  The Fresno Division is no longer convenient for the remaining parties to try this case.  In addition, the Fresno Division has a critically congested docket that would further delay resolution of this case.  For these reasons, the parties respectfully request that intra-district assignment be transferred to the Sacramento Division for assignment to a Sacramento-based district judge, and that all pending dates and deadlines be vacated until a status conference may be held with the newly assigned judge.

SO STIPULATED,

Dated: December 11, 2023  HADDAD & SHERWIN LLP
LAW OFFICE OF SANJAY S. SCHMIDT

*/s/ Michael J. Haddad*

MICHAEL J. HADDAD
Attorneys for Plaintiff
LUCY ATAYDE

Dated:  December 8, 2023  ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
AMIE C. BEARS
Deputy Attorney General

*/s/ Amie C. Bears*

AMIE C. BEARS
Attorneys for Defendants
NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, AND STATE OF CALIFORNIA

**(PROPOSED) ORDER**

This case is hereby transferred to the Sacramento Division of the Eastern District of California pending re-assignment to a Sacramento-based judge. All current dates and deadlines are vacated pending such re-assignment.

_____                                    _____
DATED                                         UNITED STATES DISTRICT JUDGE