MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:    (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:   (415) 563-8583
Facsimile:    (415) 223-9717

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE, Individually and as Successor in Interest of Decedent RICHARD MICHAEL RAMIREZ,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>NAPA STATE HOSPITAL, STATE OF CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity, DOLLY MATTEUCCI, DANA WHITE, R.N., PATRICIA TYLER, M.D., CINDY BLACK, DIANE MOND, R.N., CALIFORNIA FORENSIC MEDICAL GROUP, INC., TAYLOR FITHIAN, M.D., HEATHER GOODE, M.D., SEAN RYAN, R.N., DEBORAH MANDUJANO, R.N., CORINA DENNING, R.N., AMANDA GIBSON, R.N. COUNTY OF MERCED, a public entity, former Sheriff TOM CAVALLERO, Undersheriff JASON GOINS, SERGEANT CLIFFORD TILLY, and DOES 1 THROUGH 10, Jointly and Severally,<br>　　　　Defendants. | Case No. 1:16-cv-00398-ADA-SAB<br><br>**DISSOCIATION OF COUNSEL AND WITHDRAWAL OF NOTICE OF APPEARANCE OF TERESA ALLEN AS COUNSEL FOR PLAINTIFF** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

    PLEASE TAKE NOTICE that Teresa Allen is no longer employed by Haddad & Sherwin LLP, and is no longer counsel of record for Plaintiff in this matter. Please remove Teresa Allen and the email address teresa@haddadsherwin.com from service lists in this matter.

Dated: May 28, 2024                              HADDAD & SHERWIN LLP

                                                /s/ *Julia Sherwin*
                                                JULIA SHERWIN
                                                Attorneys for Plaintiff