MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

SANJAY S. SCHMIDT (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone:      (415) 563-8583
Facsimile:      (415) 223-9717

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE, Individually and as Successor in Interest of Decedent RICHARD MICHAEL RAMIREZ,<br>　　　　Plaintiff,<br>　　vs.<br>NAPA STATE HOSPITAL, STATE OF CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity, Jointly and Severally,<br>　　　　Defendants. | Case No. 1:16-cv-00398-KES-SAB<br><br>**NOTICE OF SETTLEMENT** |

No. 1:16-cv-00398-ADA-SAB: NOTICE OF SETTLEMENT

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2  PLEASE TAKE NOTICE that all remaining parties in this case have reached a final
3  settlement of all remaining claims.  Defendant California Department of State Hospitals agrees "to
4  make a good faith effort" to pay all settlement sums by October 13, 2024.  Given the uncertainty
5  concerning exact date of payment, Plaintiff requests that this Court order that by October 21, 2024,
6  the parties file either (1) a Stipulation and (Proposed) Order of dismissal, or (2) a joint status report
7  setting forth the current status of the payment of settlement funds.

Dated:  August 8, 2024                                          HADDAD & SHERWIN LLP

                                                                                         */s/ Michael J. Haddad*
                                                                                         MICHAEL J. HADDAD
                                                                                         Attorneys for Plaintiff