# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ATAYDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NAPA STATE HOSPITAL,<br><br>　　　　Defendant. | Case No.  1:16-cv-00398-KES-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 279)<br><br>DEADLINE: OCTOBER 21, 2024 |

On August 8, 2024, a notice of settlement was filed by Plaintiff informing the Court that the remaining parties have reached settlement resolving this action.  The parties request that dispositional documents be filed by October 21, 2024, to allow the California Department of State Hospitals to pay all settlement funds.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before **October 21, 2024.**

IT IS SO ORDERED.

Dated: __**August 9, 2024**__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1